## 29926. PIERCE v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

William J. Pierce, Jr., *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29935. BARAGER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

Lloyd William Barager, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29945. HOGAN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

Jimmie L. Hogan, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.